HLD-176  (August 2011)                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-3055
_____

IN RE:  GEORGE P. JOHNSON, Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to D. Del. Civ. No. 1-09-cv-00619)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
August 25, 2011

Before:  McKEE, Chief Judge, ALDISERT and WEIS, Circuit Judges

(Opinion filed: July 23, 2012)
_____

OPINION
_____

PER CURIAM

        George P. Johnson filed a petition for writ of mandamus requesting that we direct

the District Court to rule on a petition that he had filed pursuant to 28 U.S.C. § 2254.

The District Court has since ruled on Johnson's § 2254 petition.  In light of the District

Court's action, the question Johnson presented is no longer a live controversy, so we will

deny his mandamus petition as moot.  See, e.g., Lusardi v. Xerox Corp., 975 F.2d 964,

974 (3d Cir. 1992).